# EXHIBIT B

# REGISTER OF ACTIONS
## CASE NO. 2021CVA000079D1

**HILDA MORENO VS. KENNETH ROY BUTTS, Jr.,INDIANA WESTERN EXPRESS INC.** § § § § §

Case Type: **Injury or Damage - Motor Vehicle (DC)**
Subtype: **Motor Vehicle Accident (DC)**
Date Filed: **01/13/2021**
Location: **--49th District Court**

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **BUTTS, KENNETH ROY, Jr.** | |
| **Defendant** | **INDIANA WESTERN EXPRESS INC.** | **STEPHEN T DENNIS**<br>*Retained*<br>210-250-6000(W) |
| **Plaintiff** | **MORENO, HILDA** | **DAVID L. RUMLEY**<br>*Retained*<br>3618850487(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

01/13/2021 **Civil Case Filed (OCA)**

01/13/2021 **Original Petition**
*PLAINTIFF'S ORIGINAL PETITION. (DV)*

01/13/2021 **Letter**
*LETTER. (DV)*

01/15/2021 **Calendar Call**
*FAXED THE CALENDAR CALL TO ATTORNEY DAVID RUMLEY. (DV)*

01/15/2021 **Citation-Issuance**
*TWO CITATIONS ISSUED AS TO INDIANA WESTERN EXPRESS, INC. AND HELD BY CLERK (DV) WAITING FOR THE FILE MARKED COPY OF THE PETITION FROM ATTORNEY DAVID RUMLEY. (DV) 1/20/2021 RECEIVED THE FILE MARKED COPIES OF THE PETITION AND SENT THE CITATIONS TO ATTORNEY DAVID RUMLEY IN SELF ADDRESSED STAMPED ENVELOPE. (DV)*

01/15/2021 **Citation-Issuance**
*TWO CITATIONS ISSUED AS TO KENNETH ROY BUTTS JR. AND HELD BY CLERK (DV) WAITING ON THE FILE MARKED COPY OF THE PETITION FROM ATTORNEY DAVID RUMLEY. (DV) 1/20/2021 RECEIVED THE FILE MARKED COPIES OF THE PETITION AND SENT THE CITATIONS TO ATTORNEY DAVID RUMLEY IN SELF ADDRESSED STAMPED ENVELOPE. (DV)*

01/15/2021 **Citation**
INDIANA WESTERN EXPRESS INC. Served 02/10/2021

01/15/2021 **Citation**
BUTTS, KENNETH ROY, Jr. Unserved

02/10/2021 **Citation Return-Executed**
*CITATION RETURN SERVED AS TO INDIAN WESTERN EXPRESS, INC. EXECUTED. (DOS: 02/10/2021)*

03/05/2021 **Answer-Defendant**
*DEFENDANT INDIANA WESTERN EXPRESS, INC. S SPECIAL EXCEPTION AND ANSWER TO PLAINTIFF HILDA MORENO S ORIGINAL PETITION*

03/05/2021 **Atty Request - Copies**
*LETTER FROM ATTORNEY STEPHEN T. DENNIS- REQUESTING COPIES*

03/30/2021 **Calendar Call** (1:30 PM) (Judicial Officer Lopez, Jose A.)

Filed
1/13/2021 4:16 PM
Esther Degollado
District Clerk
Webb District
Diana Vela
2021CVA000079D1

David L. Rumley
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*

E-mail: drumley@wigrum.com
Direct Dial: (361) 881-4988
Corpus Christi Office
www.wigrum.com

January 13, 2021

Ms. Esther Degollado
Webb County District Clerk
1110 Victoria St., Suite 203
Laredo, Texas 78040

**Via E-filing**

2021CVA000079D1

Re: Cause No. _______________
*Hilda Moreno v. Kenneth Roy Butts, Jr., et al.;*
In the _____ Judicial District Court, Webb County Texas
WRDB File No.: 22536

Dear Ms. Degollado:

Please prepare the following citations for the Defendants listed below:

1. Kenneth Roy Butts, Jr. at 3314 S. Robberson Ave., Springfield, Missouri 65807; and

2. Indiana Western Express, Inc., through its Texas registered agent for service: M. Rex Evilsizor, 221 Bedford Rd., Suite 310, Bedford, Texas 76022.

We will mail you a self-addressed, stamped envelope for your return of the citations. I will also include 2 copies of the file-stamped Petition for attachment to the citations.

Please call my paralegal, Elaine Brown, at 361-885-7500, or toll-free at 866-494-4786, if you have any questions. Thank you for your time and attention.

Very truly yours,

**W**IGINGTON **R**UMLEY **D**UNN
& **B**LAIR, L.L.P.

*/s/ David L. Rumley*
David L. Rumley

DLR:eb

**CORPUS CHRISTI OFFICE:**
123 North Carrizo Street
Corpus Christi, Texas 78401
Tel 361. 885. 7500 Fax 361. 885. 0487

**SAN ANTONIO OFFICE:**
601 Howard Street
San Antonio, Texas 78212
Tel 210. 487. 7500 Fax 210. 487. 7501



SERVE

2021CVA000079D1

# CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

**COURT DATE: 3/31/2021 AT 1:30 PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO: KENNETH ROY BUTTS Jr.**
**3314 S ROBBERSON AVE**
**SPRINGFIELD MO 65807**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 49th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVA000079D1, styled:

**HILDA MORENO, PLAINTIFF**
**VS.**
**KENNETH ROY BUTTS, Jr.; INDIANA WESTERN EXPRESS INC., DEFENDANTS**

Said Plaintiff's Petition was filed on 01/13/2021 in said court by:

**DAVID L. RUMLEY, ATTORNEY FOR PLAINTIFF**
**123 NORTH CARRIZO STREET**
**CORPUS CHRISTI TX 78401**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 15th day of January, 2021.

**C L E R K O F C O U R T**

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

DISTRICT COURT OF WEBB COUNTY, TEXAS

BY: ______________________ DEPUTY
Diana Vela

2021CVA000079D1

**OFFICER'S RETURN**

Came to hand on the ______ day of ________________, 2021 at _________ O'CLOCK _____.M. Executed at ____________________________, within the COUNTY of _____________ at ___________ O'CLOCK ____.M. on the _______ day of _________________, 2021, by delivering to the within named **KENNETH ROY BUTTS, Jr.,** each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _________ miles, and my fees are as follows:

Total Fee for serving this citation $ _______________.

To certify which, witness my hand officially.

_____________________________
SHERIFF, CONSTABLE

_____________ COUNTY, TEXAS

BY ____________________________
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB }**

Before me, the undersigned authority, on this day personally appeared ______________________________, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to ____________________________________________ on the ____________ day of _________________________, ___________.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____________, ___________, to certify which witness my hand and seal of office.

_________________________________
NOTARY PUBLIC
MY COMMISSION EXPIRES
___________________



RETURN

2021CVA000079D1

CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

**COURT DATE: 3/31/2021 AT 1:30 PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO: KENNETH ROY BUTTS Jr.**
**3314 S ROBBERSON AVE**
**SPRINGFIELD MO 65807**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 49th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVA000079D1, styled:

**HILDA MORENO, PLAINTIFF**
**VS.**
**KENNETH ROY BUTTS, Jr.; INDIANA WESTERN EXPRESS INC., DEFENDANTS**

Said Plaintiff's Petition was filed on 01/13/2021 in said court by:

**DAVID L. RUMLEY, ATTORNEY FOR PLAINTIFF**
**123 NORTH CARRIZO STREET**
**CORPUS CHRISTI TX 78401**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 15th day of January, 2021.

**C L E R K O F C O U R T**

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

(SEAL: DISTRICT COURT OF WEBB COUNTY, TEXAS)

BY: ______________________ DEPUTY
Diana Vela

2021CVA000079D1

**OFFICER'S RETURN**

Came to hand on the ______ day of ________________, 2021 at __________ O'CLOCK _____.M. Executed at ______________________________, within the COUNTY of ______________ at ____________ O'CLOCK _____.M. on the ________ day of ___________________, 2021, by delivering to the within named **KENNETH ROY BUTTS, Jr.,** each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was __________ miles, and my fees are as follows:

Total Fee for serving this citation $ ________________.

To certify which, witness my hand officially.

________________________________
SHERIFF, CONSTABLE

______________ COUNTY, TEXAS

BY ______________________________
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB }**

Before me, the undersigned authority, on this day personally appeared ________________________________, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to ________________________________________________ on the _____________ day of ______________________________, ____________.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of ______________, ___________, to certify which witness my hand and seal of office.

________________________________
NOTARY PUBLIC
MY COMMISSION EXPIRES
____________________



2021CVA000079D1

# CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

**COURT DATE: 3/31/2021 AT 1:30 PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO: INDIANA WESTERN EXPRESS, INC.**
**BY SERVING M. REX EVILSIZOR**
**221 BEDFORD RD., SUITE 310**
**BEDFORD, TX 76022**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 49th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVA000079D1, styled:

**HILDA MORENO, PLAINTIFF**
**VS.**
**KENNETH ROY BUTTS, Jr.; INDIANA WESTERN EXPRESS INC., DEFENDANTS**

Said Plaintiff's Petition was filed on 01/13/2021 in said court by:

**DAVID L. RUMLEY, ATTORNEY FOR PLAINTIFF**
**123 NORTH CARRIZO STREET**
**CORPUS CHRISTI TX 78401**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 15th day of January, 2021.

**C L E R K O F C O U R T**

WEBB COUNTY, TEXAS — DISTRICT COURT OF WEBB

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: ______________________ DEPUTY
Diana Vela

2021CVA000079D1

**OFFICER'S RETURN**

Came to hand on the ______ day of ________________, 2021 at __________ O'CLOCK _____.M. Executed at ______________________________, within the COUNTY of ______________ at ____________ O'CLOCK ____.M. on the _______ day of __________________, 2021, by delivering to the within named **INDIANA WESTERN EXPRESS, INC.**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was __________ miles, and my fees are as follows:

Total Fee for serving this citation $ ________________.

To certify which, witness my hand officially.

________________________________

SHERIFF, CONSTABLE

______________ COUNTY, TEXAS

BY ______________________________

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB }**

Before me, the undersigned authority, on this day personally appeared ________________________________, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _______________________________________________ on the _____________ day of _____________________________, ____________.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of ______________, ___________, to certify which witness my hand and seal of office.

____________________________________

NOTARY PUBLIC
MY COMMISSION EXPIRES

____________________

RETURN

2021CVA000079D1

# CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

**COURT DATE: 3/31/2021 AT 1:30 PM**

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO: INDIANA WESTERN EXPRESS, INC.**
**BY SERVING M. REX EVILSIZOR**
**221 BEDFORD RD., SUITE 310**
**BEDFORD, TX 76022**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 49th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVA000079D1, styled:

**HILDA MORENO, PLAINTIFF**
**VS.**
**KENNETH ROY BUTTS, Jr.; INDIANA WESTERN EXPRESS INC., DEFENDANTS**

Said Plaintiff's Petition was filed on 01/13/2021 in said court by:

**DAVID L. RUMLEY, ATTORNEY FOR PLAINTIFF**
**123 NORTH CARRIZO STREET**
**CORPUS CHRISTI TX 78401**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 15th day of January, 2021.

**C L E R K O F C O U R T**

[Seal: WEBB COUNTY, TEXAS — DISTRICT COURT OF]

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: ______________________________ DEPUTY
Diana Vela

2021CVA000079D1

**OFFICER'S RETURN**

Came to hand on the ______ day of ________________, 2021 at _________ O'CLOCK ______.M. Executed at ___________________________, within the COUNTY of _____________ at ___________ O'CLOCK _____.M. on the _______ day of _________________, 2021, by delivering to the within named **INDIANA WESTERN EXPRESS, INC.,** each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _________ miles, and my fees are as follows:

Total Fee for serving this citation $ _______________.

To certify which, witness my hand officially.

_____________________________
SHERIFF, CONSTABLE

_____________ COUNTY, TEXAS

BY ____________________________
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB }**

Before me, the undersigned authority, on this day personally appeared ______________________________, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to ____________________________________________ on the ____________ day of ___________________________, ___________.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____________, __________, to certify which witness my hand and seal of office.

__________________________________
NOTARY PUBLIC
MY COMMISSION EXPIRES
___________________

Filed
2/10/2021 9:41 AM
Esther Degollado
District Clerk
Webb District
Ricardo Rodriguez
2021CVA000079D1

**CAUSE NO. 2021CVA000079D1**

| | | |
|---|---|---|
| **HILDA MORENO** | § | **IN THE COURT OF** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | |
| | § | **WEBB COUNTY, TEXAS** |
| **KENNETH ROY BUTTS, JR., AND INDIANA WESTERN EXPRESS, INC.** | § | |
| | § | |
| | § | |
| Defendant. | § | **49TH JUDICIAL DISTRICT** |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 1, 2021, 5:07 pm**,

**CITATION, NOTICE OF CALENDAR CALL, NOTICE OF HOW TO APPEAR FOR HEARING AND PLAINTIFF'S ORIGINAL PETITION,,**

and was executed at **1400 MARKUM RANCH RD., FORT WORTH, TX 76126** within the county of **TARRANT** at **07:50 AM** on **Wed, Feb 10, 2021**, by delivering a true copy to the within named

**INDIANA WESTERN EXPRESS, INC., WHERE THE DOCUMENTS WERE ACCEPTED BY RENEE TURCIOS, AUTHORIZED RECIPIENT**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Ernest Dahl**, my date of birth is **03/21/66**, and my address is **1910 Pacific Avenue, Suite 9300, Dallas, TX 75201**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Denton** County, State of **TX**, on **February 10, 2021**.

**Ernest Dahl**
**Certification Number: PSC-16818**
**Certification Expiration: 05/31/2021**

RETURN

2021CVA000079D1

CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

COURT DATE: 3/31/2021 AT 1:30 PM

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO: INDIANA WESTERN EXPRESS, INC.**
**BY SERVING M. REX EVILSIZOR**
**221 BEDFORD RD., SUITE 310**
**BEDFORD, TX 76022**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 49th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVA000079D1, styled:

**HILDA MORENO, PLAINTIFF**
**VS.**
**KENNETH ROY BUTTS, Jr.; INDIANA WESTERN EXPRESS INC., DEFENDANTS**

Said Plaintiff's Petition was filed on 01/13/2021 in said court by:

**DAVID L. RUMLEY, ATTORNEY FOR PLAINTIFF**
**123 NORTH CARRIZO STREET**
**CORPUS CHRISTI TX 78401**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 15th day of January, 2021.

C L E R K O F C O U R T

DISTRICT COURT OF WEBB COUNTY, TEXAS

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: ______________________ DEPUTY
Diana Vela



State District Court
49TH Judicial District of Texas
Counties of Webb and Zapata

**Jose A. Lopez**
State District Judge

January 15, 2021

# NOTICE OF CALENDAR CALL

CAUSE NO. 2021CVA000079D1

HILDA MORENO
VS
KENNETH ROY BUTTS, Jr.; INDIANA WESTERN EXPRESS INC.

Please take notice that this case is set for Calendar Call on 03/30/2021 at 1:30 PM at the 49th District Court, 3rd Floor, Webb County Justice Center.

All Calendar Call hearings will be in open Court and on the record before the Honorable Judge Jose A. Lopez. Your presence is **MANDATORY** unless Counsel for Plaintiff(s) and Defendant(s) have in place a pre-trial guideline order with both Counsel and Judge's signatures prior to calendar call date. This guideline order should have all appropriate dates including pre-trial, jury selection and all deadlines.

Counsel for Plaintiff(s) please note that if you do not appear for calendar call your case may be dismissed for lack of prosecution.

Counsel for Defendant(s) please note that if you do not appear for calendar call, a pre-trial guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

Maryel Lopez

Maryel Lopez
Civil Court Coordinator
49th District Court

Webb County • P.O. Box 6655 • Laredo, Texas 78042 • tel. 956.523.4237 • fax 956.523.5051
Zapata County • P.O. Box 789 • Zapata, Texas 78076 • tel. 956.765.9935 • fax 956.765.9789
49th_districtcourt@webbcountytx.gov

**NOTICE OF HOW TO APPEAR FOR HEARING**
AVISO DE CÓMO COMPARECER A SU AUDIENCIA

**The 49th District Court will be holding hearings via videoconference or by phone.**

**In order to appear via videoconference on Zoom, you will need to have an electronic device with an internet connection. You may use a smart phone, iPad/tablet, or webcam/built-in camera with sound and video. You will also need to install the ZOOM App before the conference begins at www.zoom.us**

*El Tribunal de Distrito 49o (Cuadragésimo Noveno) llevará a cabo audiencias judiciales por videoconferencia o por teléfono.*

*Para comparecer por videoconferencia en Zoom deberá tener un dispositivo electrónico con conexión a internet. Puede usar un teléfono inteligente, iPad o tableta, cámara web, o un dispositivo con cámara web integrada con micrófono y altavoz. Adicionalmente, deberá instalar la aplicación (programa) ZOOM antes de que la audiencia empiece en www.zoom.us*

https://zoom.us/join

**Meeting ID** / *ID de reunión: 956-523-4237*

**To join the hearing via ZOOM** / *Para comparecer a su audiencia por ZOOM:*

**Please go to** / *Favor de ir a éste enlace:* https//txcourts.zoom.us/j/

**Then type in the above referenced Meeting ID** / *Introduzca el ID de la reunión antes citado*

**To join the hearing by phone only** / *Para comparecer a su audiencia solo por teléfono:*

**Dial any of these numbers. If dialing in Texas, you should use the Houston phone number: 1-346-248-7799.** / *Marque cualquier de estos números telefónicos. Si está hablando desde Texas, deberá marcar al número telefónico de Houston: 1-346-248-7799.*

**Then type in the above referenced Meeting ID** / *Después, introduzca el ID de la reunión antes citado.*
+1 346 248 7799 US (Houston)
+1 253 215 8782 US
+1 301 715 8592 US

MEMORY TRANSMISSION REPORT

TIME : 01-15-2021 09:06
FAX NO.1 :
NAME :

FILE NO. : 365
DATE : 01.15 09:05
TO : ☎ 912107323031
DOCUMENT PAGES : 2
START TIME : 01.15 09:05
END TIME : 01.15 09:06
PAGES SENT : 2
STATUS : OK

***SUCCESSFUL TX NOTICE***

State District Court
49TH Judicial District of Texas
Counties of Webb and Zapata

**Jose A. Lopez**
State District Judge

January 15, 2021

## NOTICE OF CALENDAR CALL

CAUSE NO. 2021CVA000079D1

HILDA MORENO
VS
KENNETH ROY BUTTS, Jr.; INDIANA WESTERN EXPRESS INC.

Please take notice that this case is set for Calendar Call on 03/30/2021 at 1:30 PM at the 49th District Court, 3rd Floor, Webb County Justice Center.

All Calendar Call hearings will be in open Court and on the record before the Honorable Judge Jose A. Lopez. Your presence is **MANDATORY** unless Counsel for Plaintiff(s) and Defendant(s) have in place a pre-trial guideline order with both Counsel and Judge's signatures prior to calendar call date. This guideline order should have all appropriate dates including pre-trial, jury selection and all deadlines.

Counsel for Plaintiff(s) please note that if you do not appear for calendar call your case may be dismissed for lack of prosecution.

Counsel for Defendant(s) please note that if you do not appear for calendar call, a pre-trial guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

Maryel Lopez
Maryel Lopez
Civil Court Coordinator
49th District Court

Webb County • P.O. Box 6655 • Laredo, Texas 78042 • tel. 956.523.4237 • fax 956.523.5051
Zapata County • P.O. Box 789 • Zapata, Texas 78076 • tel. 956.765.9935 • fax 956.765.9789
49th_districtcourt@webbcountytx.gov

Filed
3/5/2021 12:19 PM
Esther Degollado
District Clerk
Webb District
Yesenia Rodriguez
2021CVA000079D1

CLARK HILL | Strasburger

Stephen T. Dennis
T (210) 250-6011
F (210) 258-2711
Email:SDennis@clarkhill.com

Clark Hill Strasburger
2301 Broadway Street
San Antonio, TX 78215-1157
T 210.250.6000
F 210.250.6100

clarkhill.com

March 5, 2021

Ms. Esther Degollado
Webb County District Clerk
1110 Victoria St., Suite 203
Laredo, Texas 78040

RE: Cause No. 2021CVA000079D1; *Hilda Moreno vs. Kenneth Roy Butts, Jr. and Indiana Western Express, Inc.;* in the 49th District Court, Webb County, Texas

Dear Ms. Degollado:

In reference to the above matter, please be advised that we would like to request a copy of the calendar call to attorney Rumley, a copy of the citation issued to Kenneth Roy Butts, Jr., and a copy of the citation issued to Indiana Western Express, Inc., all documents being filed on 1/15/21. We will pay the fee for these copies via e-file and the copies may be returned via e-mail to my assistant Thelma Perales at tperales@clarkhill.com.

If you should have any questions, please do not hesitate to contact our office. Thank you.

Sincerely,

Stephen T. Dennis

STD/top